*(Supreme Court, General Term, Third Department.* November 30, 1891.)

Action by Alexander H. Kerr against Mary Hammer.

No opinion. Motion for a reargument, and to go to the court of appeals, denied. See 15 N. Y. Supp. 605, 970, *mem.*

---

### O'NEIL, Respondent, *v.* BATTIE, Appellant.

*(Supreme Court, General Term, Third Department.* November 30, 1891.)

Action by Minnie O'Neil, by guardian, etc., against Fred C. Battie.

No opinion. Order modified so as to charge defendant only in his representative capacity. See 15 N. Y. Supp. 818.

---

### PEOPLE *ex rel.* GLENS FALLS INS. Co., Respondent, *v.* LANDON *et al.*, Appellants.

*(Supreme Court, General Term, Third Department.* November 30, 1891.)

Proceeding on the relation of the Glens Falls Insurance Company against John E. Landon and others.

No opinion. Order modified, with $10 costs and printing disbursements.